BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**LEAH K. BOLSTAD, OSB #052039**
Assistant United States Attorney
Leah.Bolstad@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

FILED 05 JUL '18 09:34 USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:18-cr-00319-JO-01** |
| v. | **MOTION FOR WRIT OF HABEAS CORPUS *AD PROSEQUENDUM*** |
| **MARK LEROY DENCKLAU,** | |
| **Defendant.** | **UNDER SEAL** |

The United States of America, by and through Billy J. Williams, United States Attorney

for the District of Oregon, and Leah K. Bolstad, Assistant United States Attorney, pursuant to

Chapter 153, Title 28, United States Code, moves this Court for a writ of habeas corpus *ad*

*prosequendum* directing the Sheriff of the facility to deliver to the United States Marshal for the

District of Oregon, or his duly authorized Deputy, the body the said defendant may be brought

/ / /

/ / /

**Motion for Writ of Habeas Corpus *Ad Prosequendum***                                        **Page 1**

before this Court on **Monday, July 9, 2018, at 1:30 p.m.**, for an initial appearance/arraignment

and any further proceedings.

Dated: July 5, 2018

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

s/ *Leah K. Bosltad*

LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney