UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:18-cr-00319-JO-01 |
| v. | WRIT OF HABEAS CORPUS |
| MARK LEROY DENCKLAU, | *AD PROSEQUENDUM* (AMENDED TO CORRECT CASE NUMBER) |
| Defendant. | <u>UNDER SEAL</u> |

TO:  Sheriff, Multnomah County, Oregon

Pursuant to Chapter 153, Title 28, United States Code, you are directed to deliver the body of above named defendant **MARK LEROY DENCKLAU**, SWIS ID No. 108536, a prisoner in your custody currently being housed at the Multnomah County Detention , to the United States Marshal for the District of Oregon, or his duly authorized Deputy, who is hereby directed to produce said prisoner before this Court on Monday, July 9, 2018, at 1:30 p.m., for the purpose of an initial appearance/arraignment and any further proceedings.  It is further ordered that the United States Marshal, or his duly authorized deputy shall re-deliver said prisoner to

your facility at the conclusion of said proceedings, and is authorized to incur the necessary expenses connected herewith, as provided by law.

Date: July 5, 2018

_____
HONORABLE JOHN V. ACOSTA
United States Magistrate Judge

Presented by:
BILLY J. WILLIAMS
United States Attorney

s/ *Leah K. Bolstad*

LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney