BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**LEAH K. BOLSTAD, OSB #052039**
Assistant United States Attorney
Leah.Bolstad@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

FILED 13 JUL '18 09:37 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:18-CR-00319-JO |
| v. | MOTION TO UNSEAL THE CASE INCLUDING THE INDICTMENTS |
| MARK LEROY DENCKLAU, EARL DEVERLE FISHER, and TILER EVAN PRIBBERNOW, | |
| **Defendants.** | |

The United States of America, through Billy J. Williams, United States Attorney for the District of Oregon, and Leah K. Bolstad, Assistant United States Attorney, moves this court for an order unsealing the above-captioned case including the indictments.

Dated: July 13, 2018.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

/s/ Leah K. Bolstad
LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney