UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:18-CR-00319-JO |
| v. | ORDER TO UNSEAL THE CASE INCLUDING THE INDICTMENTS |
| MARK LEROY DENCKLAU, EARL DEVERLE FISHER, and TILER EVAN PRIBBERNOW, | |
| Defendants. | |

This matter having come before the Court upon the motion of Leah K. Bolstad, Assistant United States Attorney for the District of Oregon, requesting an order to unseal the above-captioned case including the indictments,

IT IS HEREBY ORDERED, that this case including the indictments be unsealed and made public.

Dated: July 13th, 2018.

_____
THE HONORABLE JOHN V. ACOSTA
United States Magistrate Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

_____
LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney

Order to Unseal the Case Including the Indictments                Page 1
                                                                  Revised March 2018