**Erik E. Eklund, OSB #075760**
**Law Office Of Erik E. Eklund**
**333 SW Taylor St., Suite 300**
**Portland, OR 97204**
**Telephone: (503) 782-4795**
**Fax: (503) 217-5510**
**Email: erikeklundlaw@gmail.com**
**Attorney For Defendant**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No. 3:18-CR-00319-JO-1** |
| **Plaintiff,** | **UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |
| **vs.** | |
| **MARK LEROY DENCKLAU,** | |
| **Defendant.** | |

_____

Defendant Mark Leroy Dencklau, through his attorney, Erik Eklund, respectfully moves this Court to continue the trial, which is presently scheduled for September 11, 2018, for a period of approximately ninety (90) days, to December 10, 2018, or a date thereafter convenient to the Court. Mr. Dencklau is presently in the custody of the United States Marshals. Assistant United States Attorney Leah Bolstad, and Mr. Dencklau's co-defendants, through counsel, do not oppose this motion.

RESPECTFULLY SUBMITTED this 27th day of August, 2018.


_/s/Erik E. Eklund_
Erik E. Eklund
Attorney for Defendant