Erik E. Eklund
Email: erikeklundlaw@gmail.com
The Law Office Of Erik Eklund
333 SW Taylor St., Suite 300
Portland, OR 97204
Tel: (503) 782-4795
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>MARK LEROY DENCKLAU,<br><br>DEFENDANT. | CR No. 3:18-CR-00319-JO-1<br><br>DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

The defendant, Mark Leroy Dencklau, through counsel, Erik Eklund, provides this declaration in support of his unopposed Motion to Continue the trial date:

1. I was appointed to represent the defendant, Mark Leroy Dencklau on July 9, 2018. I make this Declaration in support of a Motion to Continue the trial date, currently set for September 11, 2018, for a period of 90 (ninety) days, to December 10, 2018, or a date thereafter convenient to the Court.

2. On June 28, 2018, a grand jury charged Mr. Dencklau by indictment with Murder in Aid of Racketeering under 18 U.S.C. § 1959(a)(1), Kidnapping in Aid of Racketeering, Resulting in Death under 18 U.S.C. § 1959(a)(1) and 18 U.S.C. § 2, Kidnapping Resulting in Death pursuant to 18 U.S.C. §§ 1201(a)(1) and (2), and

Conspiracy to Commit Kidnapping, Resulting in Death pursuant to 18 U.S.C. §§ 1201(a)(1) and (c).

3. Mr. Dencklau is presently in the custody of the U.S. Marshals.

4. I have conferred with counsel for the government, AUSA Leah Bolstad, and for both codefendants. Neither the government nor the codefendants objects to the requested continuance.

5. I have consulted my client regarding this continuance. He understands his rights pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B), and agrees that the time requested constitutes excludable delay according to the Act. He agrees with this request.

6. I swear, under penalty of perjury, that the foregoing is true and correct.

DATED this 27th day of August, 2018.

                            *s/ Erik E. Eklund*
                            Erik E. Eklund
                            Attorney for Defendant