**Erik E. Eklund, OSB #075760**
**Law Office Of Erik E. Eklund**
**333 SW Taylor St., Suite 300**
**Portland, OR 97204**
**Telephone: (503) 782-4795**
**Fax: (503) 217-5510**
**Email: erikeklundlaw@gmail.com**
**Attorney For Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:18-CR-00319-JO-1 |
| **Plaintiff,** | **MOTION FOR RELEASE FROM CUSTODY** |
| vs. | |
| **MARK LEROY DENCKLAU,** | |
| **Defendant.** | |
| _____ | |

      Defendant Mark Leroy Dencklau, through his attorney, Erik Eklund, respectfully moves this Court for a Review of Detention pursuant to 18 U.S.C. § 3142, and a further determination whether any condition or combination of conditions will reasonably assure his appearance at trial and provide for the safety of the community. Mr. Dencklau is presently in the custody of the United States Marshals. This Motion is supported by Declaration of Counsel.

      RESPECTFULLY SUBMITTED this 29th day of August, 2018.

                                            */s/Erik E. Eklund*
                                            Erik E. Eklund
                                            Attorney for Defendant

Page 1- MOTION FOR RELEASE FROM CUSTODY