SCOTT H SWEAT, #6143
Wasatch County Attorney
MCKAY G KING, #11694
TYLER J. BERG, #12031
Deputy Wasatch County Attorneys
805 West 100 South
Heber City, UT 84032
Telephone: (435)654-2909
Fax:        (435)654-2947



FILED
IN THE JUSTICE COURT
WASATCH COUNTY, UTAH
_____ Date
_____ Clerk
_____ Judge

---

IN THE FOURTH JUDICIAL DISTRICT COURT
IN AND FOR WASATCH COUNTY, STATE OF UTAH

| | |
|---|---|
| STATE OF UTAH, <br><br> Plaintiff, <br><br> vs. <br><br> **MARK L. DENCKLAU** <br> **14163 French Prairie Road NE** <br> **Woodburn, OR** <br> **DOB: 03/02/1960,** <br><br> Defendant. | *Amended* <br> **INFORMATION** <br><br> CASE NO. 141400319 <br> Warrantless Arrest  W10284766 <br> Judge O. LANE MCCOTTER |

The undersigned SAMUEL CASE WADE, Deputy County Attorney, under oath states on information and belief that the defendant, in Wasatch County, State of Utah, committed the following crime(s):

COUNT 1: **POSSESSION OR USE OF A CONTROLLED SUBSTANCE**, a Class B Misdemeanor, in violation of Utah Code Ann. §58-37-8(2)(a)(i), as follows: That the above named defendant on or about July 05, 2014, did knowingly and intentionally possess or use an unauthorized controlled substance analog or controlled substance, to wit: Marijuana. 

COUNT 2: **POSSESSION OF DRUG PARAPHERNALIA**, a Class B Misdemeanor, in violation of Utah Code Ann. §58-37a-5(1), as follows: That the above named defendant on or about July 05, 2014, did use, or possess with intent to use, drug paraphernalia to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, conceal, inject, ingest, inhale or otherwise introduce a

controlled substance into the human body in violation of Utah Code Title 58, Chapter 37a.

This information is based on evidence obtained from the following witness(es): Deputy Dustin Lazenby, WASATCH CO SHERIFF'S OFFICE

Authorized 5 July 2014
for presentment and filing:

By _____

SAMUEL CASE WADE
Deputy County Attorney

Note: Prosecutor will amend the Information with a Count 3, Possession of Drug Paraphernalia a class B misdemeanor.

WASATCH COUNTY JUSTICE COURT
WASATCH COUNTY, STATE OF UTAH

| | | |
|---|---|---|
| STATE OF UTAH, | : | MINUTES |
| Plaintiff, | : | PRETRIAL CONFERENCE |
| | : | NOTICE |
| | : | |
| vs. | : | Case No: 141400399 MO |
| MARK LEROY DENCKLAU, | : | Judge:  O LANE MCCOTTER |
| Defendant. | : | Date:   July 5, 2014 |

PRESENT
Clerk:    coletter
Prosecutor: WADE, SAMUEL C
Defendant

DEFENDANT INFORMATION
Date of birth: March 2, 1960
Audio

CHARGES
1. POSSESSION OR USE OF A CONTROLLED SUBSTANCE - Class B
Misdemeanor
     Plea: Not Guilty
2. USE OR POSSESSION OF DRUG PARAPHERNALIA - Class B Misdemeanor
     Plea: Not Guilty

HEARING

 Parties request case be set for a Bench Trial.

BENCH TRIAL is scheduled.
     Date: 08/07/2014
     Time: 01:00 p.m.
     Location: WASATCH COURTROOM
               1361 S HWY 40

               HEBER, UT  84032
 before Judge O LANE MCCOTTER

Date: 5 July 2014                    O LANE MCCOTTER
                                     Justice Court Judge


Individuals needing special accommodations (including auxiliary
communicative aids and services) should call at three days prior to

Printed: 07/05/14 13:16:31      Page 1

the hearing.  For TTY service call Utah Relay at 800-346-4128.  The general information phone number is (435)654-2679.

WASATCH COUNTY JUSTICE COURT
WASATCH COUNTY, STATE OF UTAH

| | | |
|---|---|---|
| STATE OF UTAH, | : | NOTICE OF |
| Plaintiff, | : | BENCH TRIAL |
| | : | |
| vs. | : | Case No: 141400399 MO |
| MARK LEROY DENCKLAU, | : | Judge:   O LANE MCCOTTER |
| Defendant. | : | Date:    July 5,2014 |

BENCH TRIAL is scheduled.
    Date: 08/07/2014
    Time: 01:00 p.m.
    Location: WASATCH COURTROOM
         1361 S HWY 40

        HEBER, UT  84032
before Judge O LANE MCCOTTER

Date: _____7514_____          _____
                           Justice Court Clerk

The court will provide an interpreter upon request.  If you need an
interpreter, please notify the court at (435)654-2679 five days
before the hearing.

Individuals needing special accommodations (including auxiliary
communicative aids and services) should call at three days prior to
the hearing.  For TTY service call Utah Relay at 800-346-4128.
               CERTIFICATE OF NOTIFICATION

I certify that a copy of the attached document was sent to the
following people for case 141400399 by the method and on the date
specified.

BY HAND:  MARK LEROY DENCKLAU

EMAIL:  STATE OF UTAH

Date: _____7514_____          _____
                           Justice Court Clerk

WASATCH COUNTY JUSTICE COURT
WASATCH COUNTY, STATE OF UTAH

| | | |
|---|---|---|
| STATE OF UTAH, | : | MINUTES |
| Plaintiff, | : | PRETRIAL CONFERENCE |
| | : | NOTICE |
| | : | |
| vs. | : | Case No: 141400399 MO |
| MARK LEROY DENCKLAU, | : | Judge:  O LANE MCCOTTER |
| Defendant. | : | Date:   July 5, 2014 |

PRESENT
Clerk:   coletter
Prosecutor: WADE, SAMUEL C
Defendant

DEFENDANT INFORMATION
Date of birth: March 2, 1960
Audio


CHARGES
1. POSSESSION OR USE OF A CONTROLLED SUBSTANCE – Class B
Misdemeanor
     Plea: Not Guilty
2. USE OR POSSESSION OF DRUG PARAPHERNALIA – Class B Misdemeanor
     Plea: Not Guilty

HEARING

 Parties request case be set for a Bench Trial.

BENCH TRIAL is scheduled.
     Date: 08/07/2014
     Time: 01:00 p.m.
     Location: WASATCH COURTROOM
               1361 S HWY 40

               HEBER, UT  84032
 before Judge O LANE MCCOTTER

Date: 5 July 2014

O LANE MCCOTTER
Justice Court Judge


Individuals needing special accommodations (including auxiliary
communicative aids and services) should call at three days prior to

Printed: 07/05/14 13:16:31      Page 1

the hearing.  For TTY service call Utah Relay at 800-346-4128.  The
general information phone number is (435)654-2679.

**WASATCH COUNTY JUSTICE COURT**
1361 South Highway 40
Heber City, Utah 84032

**EXPLANATION OF CONSTITUTIONAL RIGHTS**
**INSTRUCTIONS AND WAIVER FORM**

**Court Contact Information:** Should this information change, you must notify the Court within 10 days. This contact information is what the Court will use to contact you as long as your case is open before the Court.

Name: _Mark Vencklaw_   Date of Birth: _3-2-60_

Mailing Address: _14163 French Prairie Rd NE_ Apartment # _____

City, State, Zip Code: _Woodburn, Or_   Phone # _(971) 304 8198_

Read the following explanations and sign your name where indicated, verifying that you have read and understand the following explanation of your Constitutional Rights:

1.     **Representation by an attorney:**   You have the right to be represented in all Court proceedings by an attorney.  If you cannot afford an attorney and request an attorney to represent you, one may be appointed to represent you if you are determined to be "indigent," and there is a "substantial probability that you would be sentenced to jail" as a result of being convicted of the charges.  If you are convicted of the charges, the Court may order reimbursement of all or a portion of the attorney's fees, based upon your ability to pay.  If you wish to take advantage of your right to hire an attorney to represent you, you should plead NOT GUILTY during your Arraignment today, and the Court will set your Pre-Trial Hearing out far enough to allow you plenty of time to hire an attorney.  Depending on the seriousness of the charges against you, you may be released on your own recognizance or you may be required to post bail to guarantee your appearance at your next scheduled Court appearance.

        You understand that if you choose to proceed without an attorney and represent yourself during all Court proceeding, you may not be aware of or understand all the rules of procedure and evidence, which govern criminal proceedings and the admission of evidence.  You understand that your failure to comply with the rules that apply to trials, the admission of evidence, and criminal procedure may impair your ability to present a defense in your case and can jeopardize your liberty.  You fully understand that there are risks associated with representing yourself and, if you choose to represent yourself, you agree that you have been advised of those risks.

2.     **Speedy Trial:**   You have the right to a speedy trial.  You may have the right to have a trial by jury upon your written request to this Court.  You must submit your written request for a Jury Trial a minimum of 10 days prior to your scheduled trial date.  You are not eligible or entitled to request a Jury Trial if you are charged only with an Infraction.  If you do not request a Jury Trial, your case will be scheduled for a Bench Trial.

3.     **Privilege against Self Incrimination:**  You have the right to remain silent, and your silence cannot be construed by the Court or the Jury as an admission of your guilt. Your refusal to testify cannot be held against you.

4.     **Confrontation and Cross Examination of Accusers:** You have the right to face your accusers or anyone who might testify against you, and the right to cross examine those witnesses. You have the right to call witnesses in your own behalf, and you can serve them with subpoenas to ensure that anyone you want to testify in your defense will appear.  You have the right to take

the witness stand to testify in your own defense if you wish, after which you will be subject to cross-examination by the prosecution.

**5.      Presumption and Burden of Proof:**   You are presumed innocent of all charges filed against you. The government has the burden of proof to prove the charges against you, beyond a reasonable doubt.

**6.      Withdrawal of Plea:**   A Plea of GUILTY or NO CONTEST may be withdrawn upon good cause shown and the approval of the Court.   A request to withdraw a plea of GUILTY or NO CONTEST must be made to the Court before sentence is announced.   For a Plea in Abeyance, a motion to withdraw the plea must be made within 30 days of the date of the Plea in Abeyance agreement.

**7.      Right to Appeal:**   You have the right to appeal any verdict or sentence of this Court to the District Court and to have a new trial.   You have the right to appeal, even if you plead GUILTY.   An appeal must be filed with this Court within 30 days after the date of sentencing, or the entry of a plea in abeyance. 78A-7-118, UCA.

**8.      Notice to Non-citizens:**   If you are not a citizen or permanent resident of the United States, the charges against you may have immigration consequences.   If this applies to you, you should take the opportunity to discuss this matter with an immigration attorney before agreeing to any plea on your charges, and prior to sentencing.

**9.      Time for Sentencing:**   If you are found GUILTY, or enter a plea of GUILTY or NO CONTEST, you have the right to be sentenced not sooner than 2 days nor more than 45 days from the day of conviction, or you can waive that right and be sentenced on the same day as your conviction or plea is entered.

**Maximum Fines and Penalties:**

| | |
|---|---|
| Class B Misdemeanor | 180 days jail and/or fines and surcharges ranging up to $1,900 |
| Class C Misdemeanor | 90 days jail and /or fines and surcharges ranging up to $1,425 |
| Infraction: | Has a fine but no surcharge and no jail time. |

When your case comes before the Court for Arraignment, you will be asked to enter a plea of NOT GUILTY, GUILTY, or NO CONTEST.   By entering a plea of NOT GUILTY, you are telling the Court you are going to challenge the charges against you.   The Court will then set your case for a Pre-Trial Hearing, giving you an opportunity to discuss your case with the prosecutor and reach a mutually acceptable agreement.   If it is not resolved at the Pre-Trial Hearing, your case will be set for Trial.   By entering a GUILTY or NO CONTEST plea you are telling the Court that you are not going to challenge the charges against you, that you are waiving all your rights, to include your right to trial, and you desire to move to sentencing.   At sentencing, you will be allowed to provide any matters of mitigating circumstances and explanations for consideration prior to sentencing being pronounced.

*I have read and I understand the foregoing Constitutional rights and instructions.   I understand the charge(s) and penalties.   Any plea I enter is voluntary and of my own free will and choice.   No force, threats, or unlawful influence have been made to get me to plead.*
Date: 7-5-14      Defendant: _Mark Deweloon_

*I voluntarily, knowingly and intelligently waive my right to an attorney for Arraignment/ Hearing on the charges I have received.   I understand I can hire an attorney to represent me at future Court proceedings if I so desire:*
Date: 7-5-14      Defendant: _Mark Deweklein_
[  ] Attorney present with Defendant at this Hearing

I reviewed the above in open Court with the named defendant.

Judge:_____

WASATCH COUNTY JUSTICE COURT, FOR THE STATE OF UTAH 8/18/11

## NOTIFICATION OF ENHANCEMENT – POSSESSION OF MARIJUANA (LESS THAN ONE OUNCE), SPICE, BATH SALTS, ETC. – 2/25/11

Defendant: Mark Dendelair          , Case No. _____ 14140399

### ELEMENTS

58-37-8(2)(a)(i): It is unlawful for any person knowingly and intentionally to possess or use marijuana or a substance listed in Section 58-37-4.2, commonly known as spice, bath salts, etc.

### ENHANCEMENT / PENALTIES

58-37-8(2)(d): Knowingly and intentionally possessing or using less than one ounce of marijuana or a substance listed in Section 58-37-4.2 is a class B misdemeanor for a first conviction, a class A misdemeanor for a second conviction, and a third degree felony for a third or subsequent conviction.

53-3-220(1)(c)(i)(A): The Driver License Division shall immediately suspend for six months the driver license of a person convicted of any violation of Title 58, Chapter 37, Utah Controlled Substances Act.

53-3-218(2)(c): A court is not required to forward a conviction of the Utah Controlled Substances Act to the Driver License Division, and the Driver License Division is not required to suspend a person's license for a violation described in 53-3-220(1)(c), if the violation: (A) did not involve a motor vehicle; and (B) the convicted person is participating in or has successfully completed substance abuse treatment at a licensed substance abuse treatment program that is approved by the Division of Substance Abuse and Mental Health. If the convicted person fails to comply with the terms of the substance abuse treatment program, a representative of the program shall immediately provide an affidavit to the Court notifying the Court of the person's failure to comply with the terms of the substance abuse program. Upon receipt of this affidavit, the Court shall immediately forward an abstract of the court record of conviction so the Division can immediately suspend the person's license.

Minimum / Maximum Sentences
Class B Misdemeanor:   0 days to 6 months jail; $0 to $1,940 fines and surcharges, plus interest
Class A Misdemeanor:   0 days to 1 year jail; $0 to $4,783 fines and surcharges, plus interest
Third Degree Felony:   0 days to 5 years prison; $0 to $9,533 fines and surcharges, plus interest

*I understand the foregoing Notification of Enhancement as explained here and as orally explained to me.*

7-5-14          Mark Dunklew

Date          Defendant





# WASATCH COUNTY SHERIFF'S OFFICE

Warrantless Arrest Probable Cause Statement

The undersigned, *Rick Keel*_____, of the Wasatch County Sheriff under oath states that there existed probable cause for the arrest without warrant of the person named below based upon the following:

**Name of arrestee:** MARK L. DENCKLAU     **DOB:** 03/02/60

**Date of arrest:** 07/05/14     **Time:** 06:01:15

**Place of arrest:** Lake Creek Road

The above-named person is currently being detained on the following charges:

| Offense | Date/Time | Statute Code | CC | Bail Amt |
|---|---|---|---|---|
| 1.POSSESSION MARIJUANA | 07/05/14 05:43:00 | 58-37-8-PM | BM | _____ |
| 2.POSSESSION OF PARAPHERNALIA | 07/05/14 05:43:00 | 58-37A-5(1) | BM | _____ |

The undersigned believes that probable cause existed for this warrantless arrest and the continued detention of the above-named person based upon the following information which was either known by the undersigned personally or was obtained by the undersigned in his/her capacity as a peace officer:

Mark Dencklau was arrested for 58-37-8(2)(D): Possession other Controlled Substance or Less Than 1 oz Marijuana and 58-37a-5(1): Possession of Paraphernalia. This was a result of him having in his pants pocket a zip-lock bag containing a small amount of marijuana and a glass pipe that had been used to consume/smoke marijuana.

Narrative:
As Officers from multiple agencies were making a high risk stop on 7 motorcycles, stemming from a report of a stabbing (See Case# 1407-0338), Mark Dencklau was stopped by US Forest Service Officer McDaniel. During a cursory search for weapons, Officer McDaniel located, in Mark's left front pants pocket, a zip-lock style bag containing a green leafy substance and a glass pipe (See Officer McDaniel's supplemental report). The items were turned over to me for further investigation.

I recognized the green leafy substance in the bag to be marijuana, through training and experience. The substance weighed, in the bag at 8 grams. The substance was field tested and showed positive for marijuana. The glass pipe had a burnt residue in the bowl, that had the distinct odor of what I recognized through training and experience to be burnt marijuana. The items and field test were photographed, the marijuana and pipe were booked into evidence.

Findings:
Due to Mark having in his possession, a green leafy substance that was recognized and field tested to be marijuana and a pipe that had the residue of what appeared to be burnt marijuana in it, he was booked on 58-37-8(2)(D): Possession other Controlled Substance or Less Than 1 oz Marijuana and 58-37a-5(1): Possession of Paraphernalia.

End

The undersigned requests the magistrate to whom this statement is presented to execute an order determining that probable cause existed for the above-described warrantless arrest, authorizing the continued detention of the above-named person on the stated charges, and setting appropriate bail, if any.

*Warrantless Arrest Probable Cause Statement*                                          *Page 2 of 3*

_____

Officer

State of Utah
County of WASATCH

Sworn to before me this ⁵ᵗʰ day of July , 2014.

Deputy/ Peace Officer

rpjlapca.x1                                                                                       07/05/14

*Warrantless Arrest Probable Cause Statement*                                                            *Page 3 of 3*

### Findings and Order

Based upon the foregoing statement, the undersigned magistrate finds that probable cause existed for the arrest without a warrant of MARK L. DENCKLAU upon the stated charges; that detention of the above-named person may continue; and that bail for the offenses shall be as follows:

[ ] The defendant is to be held without bail pending a bail hearing.

[ ] The defendant may post bail as follows:

Count 1 - $_____

Count 2 - $_____

Other order: _____

_____

Date: _____, 2014 Time: _____ __.m.

_____

Title:_____

**Report Includes:**
All Booking Numbers matching ' 27688`, All Arrest Numbers

SCOTT H SWEAT, #6143
Wasatch County Attorney
MCKAY G KING, #11694
TYLER J. BERG, #12031
Deputy Wasatch County Attorneys
805 West 100 South
Heber City, UT 84032
Telephone: (435)654-2909
Fax:         (435)654-2947



FILED
IN THE JUSTICE COURT
WASATCH COUNTY, UTAH
_____ Date
_____ Clerk
_____ Judge

IN THE FOURTH JUDICIAL DISTRICT COURT
IN AND FOR WASATCH COUNTY, STATE OF UTAH

|  |  |
|---|---|
| STATE OF UTAH,<br><br>                    Plaintiff,<br><br>           vs.<br><br>**MARK L. DENCKLAU**<br>**14163 French Prairie Road NE**<br>**Woodburn, OR**<br>**DOB: 03/02/1960,**<br><br>                    Defendant. | *Amended*<br>**INFORMATION**<br><br>CASE NO. 141400399<br>Warrantless Arrest  W10287766<br>Judge O. LANE MCCOTTER |

      The undersigned SAMUEL CASE WADE, Deputy County Attorney, under oath states
on information and belief that the defendant, in Wasatch County, State of Utah, committed the
following crime(s):

COUNT 1: **POSSESSION OR USE OF A CONTROLLED SUBSTANCE**, a Class B
Misdemeanor, in violation of Utah Code Ann. §58-37-8(2)(a)(i), as follows: That the above
named defendant on or about July 05, 2014, did knowingly and intentionally possess or use an
unauthorized controlled substance analog or controlled substance, to wit:  Marijuana.

COUNT 2: **POSSESSION OF DRUG PARAPHERNALIA**, a Class B Misdemeanor, in
violation of Utah Code Ann. §58-37a-5(1), as follows: That the above named defendant on or
about July 05, 2014, did use, or possess with intent to use, drug paraphernalia to plant, propagate,
cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test,
analyze, pack, repack, store, contain, conceal, inject, ingest, inhale or otherwise introduce a

controlled substance into the human body in violation of Utah Code Title 58, Chapter 37a.

This information is based on evidence obtained from the following witness(es): Deputy Dustin Lazenby, WASATCH CO SHERIFF'S OFFICE

Authorized 5 July 2014
for presentment and filing:

By_____

SAMUEL CASE WADE
Deputy County Attorney

*Note:* Prosecutor will amend the Information with a Count 3, Possession of Drug Paraphernalia a Class B Misdemeanor.

**FILED**
IN THE JUSTICE COURT
WASATCH COUNTY, UTAH
_____ Date
_____ Clerk
_____ Judge

SCOTT H SWEAT, #6143
Wasatch County Attorney
SAMUEL CASE WADE, #14829
Deputy Wasatch County Attorney
805 West 100 South
Heber City, Utah 84032
Telephone: (435) 654-2909
Fax: (435) 654-2947

IN THE JUSTICE COURT IN AND FOR
WASATCH COUNTY, STATE OF UTAH

| | |
|---|---|
| STATE OF UTAH | **MOTION AND** |
| | **ORDER TO CONTINUE** |
| Plaintiff | |
| vs. | Case No. 141400399 |
| **MARK L. DENCKLAU** | Judge O. LANE MCCOTTER |
| DOB: 03/02/1960 | |
| Defendant | |

COMES NOW THE STATE OF UTAH, by and through SAMUEL CASE WADE,

Deputy County Attorney, and respectfully requests a continuance of the **BENCH TRIAL** that

had been scheduled for **August 07, 2014, at 1:00 PM,** in the above entitled court.

The basis for this motion is that the State's witness will be out of the country and unable

to appear on the scheduled date.

DATED this 11 day of July, 2014.

STATE OF UTAH, Plaintiff
By:

SAMUEL CASE  WADE
Deputy County Attorney

## ORDER OF CONTINUANCE

BASED UPON THE FORGOING MOTION of Plaintiff, and for good cause shown; IT

IS HEREBY ORDERED that the **BENCH TRIAL** that had been scheduled for **August 07,**

**2014, at 1:00 PM,** is herby continued to _September_ _4_ , 2014 at _1_ :00 p.m/a.m.

DATED this _14th_ day of _July_ 2014.

BY THE COURT:

O. LANE MCCOTTER
Justice Court Judge

## MAILING CERTIFICATE

I hereby certify that on the ⎸⎸ day of July, 2014, I

      [ x ]    Mailed, first class and postage prepaid,
      [  ]    Faxed
      [  ]    Hand-delivered at court

a true and correct copy of the foregoing document to

MARK L. DENCKLAU
14163 FRENCH PRAIRIE ROAD NE
WOODBURN, OR

Joell Rowley
Legal Secretary

WASATCH COUNTY JUSTICE COURT
WASATCH COUNTY, STATE OF UTAH

| | | |
|---|---|---|
| STATE OF UTAH, | : | NOTICE OF |
| Plaintiff, | : | BENCH TRIAL |
| | : | |
| vs. | : | Case No: 141400399 MO |
| MARK LEROY DENCKLAU, | : | Judge:  O LANE MCCOTTER |
| Defendant. | : | Date:    July 16,2014 |

BENCH TRIAL is scheduled.
    Date: 09/04/2014
    Time: 01:00 p.m.
    Location: WASATCH COURTROOM
         1361 S HWY 40

         HEBER, UT  84032
Before Judge: O LANE MCCOTTER

Date: _____7|6|4_____          _____
                         Justice Court Clerk

The court will provide an interpreter upon request.  If you need an
interpreter, please notify the court at (435)654-2679 five days
before the hearing.

Individuals needing special accommodations (including auxiliary
communicative aids and services) should call at three days prior to
the hearing.  For TTY service call Utah Relay at 800-346-4128.
                  CERTIFICATE OF NOTIFICATION

I certify that a copy of the attached document was sent to the
following people for case 141400399 by the method and on the date
specified.

MAIL:  MARK LEROY DENCKLAU 14163 FRENCH PRAIRIE RD NE WOODBURN, OR
97071

EMAIL:  STATE OF UTAH
Date: _____7|6|4_____          _____
                         Justice Court Clerk

Printed: 07/16/14 13:06:29          Page 1 (last)

WASATCH COUNTY JUSTICE COURT
WASATCH COUNTY, STATE OF UTAH

| | | |
|---|---|---|
| STATE OF UTAH, | : | MINUTES |
| Plaintiff, | : | BENCH TRIAL |
| | : | |
| vs. | : | Case No: 141400399 MO |
| MARK LEROY DENCKLAU, | : | Judge:   O LANE MCCOTTER |
| Defendant. | : | Date:    September 4, 2014 |

**PRESENT**
Clerk:    coletter
Prosecutor: WADE, SAMUEL C
Defendant not present

**DEFENDANT INFORMATION**
Date of birth: March 2, 1960
Audio

**CHARGES**
1. POSSESSION OR USE OF A CONTROLLED SUBSTANCE - Class B
Misdemeanor
     Plea: Not Guilty
2. USE OR POSSESSION OF DRUG PARAPHERNALIA - Class B Misdemeanor
     Plea: Not Guilty

**TRIAL**

    State moves to Amend Information, adding count 3. Judge request
State to file Amended Information. State request warrant issued
including the count 3 charge. Judge orders warrant issued, set cash
bail at $2040.00.

Date: _4 September 2014_          _[signature]_
                                 O LANE MCCOTTER
                                 Justice Court Judge

Printed: 09/04/14 13:41:15     Page 1 (last)

WASATCH COUNTY JUSTICE COURT
WASATCH COUNTY, STATE OF UTAH

| | | |
|---|---|---|
| STATE OF UTAH, | : | ARREST WARRANT |
| Plaintiff, | : | Warrant No: 1850212 |
| | : | |
| vs. | : | Case No: 141400399 MO |
| | | OTN No:  41034562 |
| MARK LEROY DENCKLAU, | : | Judge:   O LANE MCCOTTER |
| Defendant. | : | Date:    September 4,2014 |

CHARGES
1. POSSESSION OR USE OF A CONTROLLED SUBSTANCE - Class B
Misdemeanor

2. USE OR POSSESSION OF DRUG PARAPHERNALIA - Class B Misdemeanor

To any Peace Officer in the State of Utah:
You are commanded to arrest and deliver the defendant to the
Wasatch County Jail.

A juvenile may not be confined in an adult facility.

Defendant may be transported within the state.
The defendant must appear in Court before Judge O LANE MCCOTTER on
the next available court date.

Failure To Appear For Mandatory Court Appearance.

Bail is set at $2040.00, and must be posted as cash only.

This warrant may be served any time, day or night.
Issued: September 4, 2014

Law Enforcement Agency: WASATCH CO SHERIFF

Date: _4 September 2014_

_O Lane McCotter_
O LANE MCCOTTER
Justice Court Judge
Defendant Details:

MARK LEROY DENCKLAU
14163 FRENCH PRAIRIE RD NE

WOODBURN OR 97071

Printed: 09/04/14 13:41:15        Page 1

Citation No: W10289766
Date of Birth: 03-02-1960
Driver License No: xxx8803
Social Security No: xxx-xx-

Case No: 141400399 Date:     Sep 04, 2014

---

Home Phone: 971-304-8198
Vehicle License:
Warrant Number: 1850212

Surety Information: STATEWIDE BAIL BONDING LLC   Phone:
(801)261-3055

3448 S MAIN ST

SALT LAKE CITY, UT 84115

Printed: 09/04/14 13:41:15     Page 2 (last)

WASATCH COUNTY JUSTICE COURT
WASATCH COUNTY, STATE OF UTAH

STATE OF UTAH,                    :    NOTICE OF DEFENDANT'S FAILURE
                 Plaintiff,       :    TO APPEAR AND ORDER TO COMMENCE
                                  :    BOND FORFEITURE PROCEEDINGS
vs.                               :    Case No: 141400399 MO
MARK LEROY DENCKLAU,              :    Judge: O LANE MCCOTTER
                 Defendant.       :    Date: September 04, 2014

NOTICE

TO THE BAIL BOND SURETY COMPANY AND THE PROSECUTING AGENCY:

This is to advise you that, pursuant to Section 77-20b-101, et.seq. Utah Code Annotated 1953, as amended, that the above-named defendant, after having been given notice, failed to appear for his/her regularly scheduled court proceeding on September 4 2014.

The posting bond company is STATEWIDE BAIL BONDING LLC for the amount of $1360.00. The bonding company has six months from the date of non-appearance to bring the defendant before the Court. At the end of that time the prosecuting attorney shall begin forfeiture in accordance with Section 77-20b-101 et.seq. Utah Code Annotated 1953 as amended.

The prosecuting agency on this case is WASATCH COUNTY, 805 W 100 S, HEBER CITY, UT 84032. Phone: (435) 654-2909, Fax: (435)654-2947.

Court Location – WASATCH COUNTY JUSTICE COURT, 1361 S HIGHWAY 40, HEBER CITY, UT 84032. Phone: (435)654-2679

IN THE ___WCJP___ COURT, STATE OF UTAH
Wasatch COUNTY,     DEPARTMENT

| | |
|---|---|
| **STATE OF UTAH**<br><br>vs. Mark LeRoy Dencklau<br><br><br>Defendant | UNDERTAKING OF BAIL BY QUALIFIED SURETY AND APPOINTMENT OF AGENT WITH POWER OF ATTORNEY<br>Poss Marijuana<br>Poss Paraph<br>Case No. ___new___<br>Bond No. ___75142___<br>Amount of Bond$ ___1360.00___ |

     Statewide Bail Bonding, LLC, by and through Tyron Webber, Manager, of the Limited Liability Company hereby appoints ___Jackie Mau___ as agent of Statewide Bail Bonding, LLC for the purpose of this specific bail bond only with the full power of attorney with full power to execute this undertaking of bail in an amount no more than $ ___1360.00___ by issuing this bail bond within thirty (30) days after the date this bond is dated, and notarized by Tyron Webber, managing agent of Statewide Bail Bonding, LLC. The undersigned, a surety qualified with Utah State Department of Insurance, State of Utah, with a business address of 3350 South 900 West, Salt Lake City, UT 84119, Telephone: (801) 261-3055. The surety hereby undertakes that the above-named defendant will at all times hold himself amendable to the orders and process of court, and if convicted, will appear for judgment according to the Utah Law.

    DATED this ___5___ day of ___July___, 20 14.

**STATE OF UTAH**
**BAIL BOND LICENSE NO.**
**97876** ☐
**STATEWIDE BAIL BONDS**

TYRON WEBBER, MANAGER
STATEWIDE BAIL BONDING, LLC

SCOTT H SWEAT, #6143
Wasatch County Attorney
SAMUAL CASE WADE, #14829
Deputy Wasatch County Attorney
805 West 100 South
Heber City, UT  84032
Telephone:  (435)654-2909
Fax:        (435)654-2947

**FILED**
**IN THE JUSTICE COURT**
**WASATCH COUNTY, UTAH**
_____ Date
_____ Clerk
_____ Judge

IN THE JUSTICE COURT
IN AND FOR WASATCH COUNTY, STATE OF UTAH

| | |
|---|---|
| STATE OF UTAH, <br><br> Plaintiff, <br><br> vs. <br><br> **MARK L. DENCKLAU** <br> 14163 French Prairie Road NE <br> Woodburn OR <br> DOB: 03/02/1960, <br><br> Defendant. | **AMENDED** <br> **INFORMATION** <br><br><br> Court Case #: 141400399 <br> Citation No. <br> Judge: O. LANE MCCOTTER |

The undersigned SAMUEL CASE WADE, Deputy County Attorney, under oath states on information and belief that the defendant, in Wasatch County, State of Utah, committed the crime(s) of:

COUNT 1:  **POSSESSION OR USE OF A CONTROLLED SUBSTANCE**, a Class B Misdemeanor, in violation of Utah Code Ann. §58-37-8(2)(a)(i), as follows: That the above named defendant on or about July 05, 2014, did knowingly and intentionally possess or use an unauthorized controlled substance analog or controlled substance, to wit: 

COUNT 2:  **POSSESSION OF DRUG PARAPHERNALIA**, a Class B Misdemeanor, in violation of Utah Code Ann. §58-37a-5(1), as follows: That the above named defendant on or about July 05, 2014, did use, or possess with intent to use, drug paraphernalia to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, conceal, inject, ingest, inhale or otherwise introduce a controlled substance into the human body in violation of Utah Code Title 58, Chapter 37a. 

COUNT 3:  **POSSESSION OF DRUG PARAPHERNALIA**, a Class B Misdemeanor, in violation of Utah Code Ann. §58-37a-5(1), as follows: That the above named defendant on or about July 05, 2014, did use, or possess with intent to use, drug paraphernalia to plant, propagate, 

cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, conceal, inject, ingest, inhale or otherwise introduce a controlled substance into the human body in violation of Utah Code Title 58, Chapter 37a.

**COUNT 4: FAILURE TO APPEAR,** a Class B Misdemeanor, in violation of Utah Code Ann. §77-7-22, as follows: That the above named defendant on or about September 04, 2014, did willfully fail to appear before a court pursuant to a citation issued under Utah Code § 77-7-18.

This information is based on evidence obtained from the following witness: Deputy Dustin Lazenby, WASATCH CO SHERIFF'S OFFICE

Authorized this 5th day of September, 20 14.
for presentment and filing:

By _____
SAMUEL CASE WADE
Deputy County Attorney

WASATCH COUNTY JUSTICE COURT
WASATCH COUNTY, STATE OF UTAH

| | | |
|---|---|---|
| STATE OF UTAH, | : | NOTICE OF |
| Plaintiff, | : | BENCH TRIAL |
| | : | |
| vs. | : | Case No: 141400399 MO |
| MARK LEROY DENCKLAU, | : | Judge:   O LANE MCCOTTER |
| Defendant. | : | Date:    September 11,2014 |

BENCH TRIAL is scheduled.
        Date: 10/09/2014
        Time: 01:00 p.m.
        Location: WASATCH COURTROOM
                  1361 S HWY 40

                  HEBER, UT  84032
  Before Judge: O LANE MCCOTTER

Date: _____9/11/2014_____

                                          Justice Court Clerk

The court will provide an interpreter upon request.  If you need an
interpreter, please notify the court at (435)654-2679 five days
before the hearing.

Individuals needing special accommodations (including auxiliary
communicative aids and services) should call at three days prior to
the hearing.  For TTY service call Utah Relay at 800-346-4128.
                    CERTIFICATE OF NOTIFICATION

I certify that a copy of the attached document was sent to the
following people for case 141400399 by the method and on the date
specified.

PHONE:  MARK LEROY DENCKLAU

EMAIL:  STATE OF UTAH

Date: _____9/11/2014_____

                                          Justice Court Clerk

Printed: 09/11/14 15:50:22        Page 1 (last)

IN THE JUSTICE COURT
WASATCH COUNTY, UTAH
9/17/14 Date
Clerk
McCotter Judge

r Judge McCotter,

Your honor,

I am very sorry for
t being there on my court
te. I regretfully sent
tters (one, well over a
onth ago) to the wrong
ace. I sent them to
r. Wedes office. I though
at was the place to
spond to. He didn't send
e a response to the one I
nt at the end of July, so
sent him another one a
wee weeks ago and he
idn't respond till after I
ad a warrant. Thats whe
e informed me that I had
een sending to the wrong
ddress. I meant no disresp
: the court. I just needed

to ask for a continuance as my letters state. I apologize for my ignorance. I also regret not understanding what was going on at pre-trial. I would like to request another pre-trial if you would please be so gratious to grant me another shot at a plea bargain. I should have taken one that day to save everyone this trouble. Again I'm sorry.

Mark Dencklau
14163 French Prairie Rd NE
Woodburn, Or 97071

Case No 141400399

WASATCH COUNTY JUSTICE COURT
WASATCH COUNTY, STATE OF UTAH

| | | |
|---|---|---|
| STATE OF UTAH, | : | |
| Plaintiff, | : | RESPONSE TO DEFENDANT REQUEST TO CHANGE TO PRETRIAL |
| | : | |
| vs. | : | Case No: 141400399 |
| MARK LEROY DENCKLAU, | : | Judge: O LANE MCCOTTER |
| Defendant. | : | Date:    September 18, 2014 |

Defendant was set for a Bench Trial on 9-4-2014 and failed to appear. The court issued a Bench Warrant for failure to appear. The defendant submitted a hand written Motion requesting to grant him a new PreTrial Conference. The court grants the Motion.
The warrant will be recalled and the case will be schedule for a PreTrial Conference on 10-9-14 at 10am.

Date: _18 September 2014_                          _____
                                                  Judge O LANE MCCOTTER

CERTIFICATE OF NOTIFICATION

I certify that a copy of the attached document was sent to the following people for case 141400399 by the method and on the date specified.

MAIL:  MARK LEROY DENCKLAU 14163 FRENCH PRAIRIE RD NE WOODBURN, OR 97071

EMAIL:  STATE OF UTAH skelsey@co.wasatch.nt.us

Date: _____                            _____
                                                Justice Court Clerk

Printed: 09/18/14 12:16:25       Page 1 (last)

WASATCH COUNTY JUSTICE COURT
WASATCH COUNTY, STATE OF UTAH

---

STATE OF UTAH,                    :   NOTICE OF
                  Plaintiff,      :   PRETRIAL CONFERENCE
                                  :
vs.                               :   Case No: 141400399 MO
MARK LEROY DENCKLAU,              :   Judge:   O LANE MCCOTTER
                  Defendant.      :   Date:    September 18,2014

---

PRETRIAL CONFERENCE.
      Date: 10/09/2014
      Time: 10:00 a.m.
      Location: WASATCH COURTROOM
                1361 S HWY 40

                HEBER, UT  84032
 Before Judge: O LANE MCCOTTER
The reason for the change is Defendant's request

Date: _____        _____
                                        Justice Court Clerk


The court will provide an interpreter upon request.  If you need an
interpreter, please notify the court at (435)654-2679 five days
before the hearing.

Individuals needing special accommodations (including auxiliary
communicative aids and services) should call at three days prior to
the hearing.  For TTY service call Utah Relay at 800-346-4128.
                CERTIFICATE OF NOTIFICATION

I certify that a copy of the attached document was sent to the
following people for case 141400399 by the method and on the date
specified.

MAIL:  MARK LEROY DENCKLAU 14163 FRENCH PRAIRIE RD NE WOODBURN, OR
97071

EMAIL:  STATE OF UTAH skelsey@co.wasatch.ut.us
Date: _____        _____
                                        Justice Court Clerk


Printed: 09/18/14 14:46:47       Page 1 (last)

# Plea by Affidavit :

I Mark Denckelau plea no contest to Possession or use of a controlled substance.

State of Oregon, County of Yamhill
On 10/06/2014 before me a Notary Public for State of Oregon
personally appeared Mark Denck.lau and signed document.

Walter A Floeter, Notary for State of Oregon

FILED
IN THE JUSTICE COURT
WASATCH COUNTY, UTAH
10-X14 — Date
Q2 — Clerk
— Judge



OFFICIAL SEAL
WALTER A FLOETER
NOTARY PUBLIC - OREGON
COMMISSION NO. 470316
MY COMMISSION EXPIRES AUGUST 17, 2016

10/3/2014

☑ I plead No Contest because I understand that a jury or judge could find me guilty of the charge(s), so I am choosing to accept the plea offer (defendant's initials: MD ).

2. I am signing this plea petition and entering this plea voluntarily, intelligently, and knowingly.

141400399
(Case Number)

10-3-14
(Date)
10-6-14

Mark Denckelau
Mark Denckelau
(Defendant's Signature)

Mark Dencklau    Case No. 141400399
Phone No. 971 304-8198                    10-2-14

FILED
IN THE JUSTICE COURT
WASATCH COUNTY, UTAH
10X14 Date
Clerk
Judge

To the court & county attorney,
    I apologize for my health. I have
a very serious issue and cannot travel
and require further medical care. I was
going to ask if I could have an attorney
appear for me, but I talked with
Mr. Wade and he told me about making
a "plea by affidavit". Since I would
just like to clear this up & get to dealing
with my health issue, I would like to
accept Mr. Wade's offer, of, plea no contest
to the possession of marijuana, and the
other charge dropped with a fine and an
order to report some where in Portland. I
was informed that any costs involved
with this could be taken off the $500.00
fine & that something would be
written or filed to make sure that I
don't lose my drivers license. This is
agreeable to me and I contacted the
court and was told that it was ok with
the court and was up to, and between
me & Mr. Wade. I contacted an attorney
here and he got me, what we hope is
an acceptable document. I'm trying
to get copies of this letter and my
affidavit to both the court and Mr. Wade
as quickly as possible. If this is
unacceptable, please contact me ASAP
so I may make sure someone is there
for court on my behalf. I'm sorry to be a
pain.                Respectfully, Mark Dencklau

WASATCH COUNTY JUSTICE COURT
WASATCH COUNTY, STATE OF UTAH

---

STATE OF UTAH,                    :    MINUTES
          Plaintiff,              :    PRETRIAL CONFERENCE
                                  :
vs.                               :    Case No: 141400399 MO
MARK LEROY DENCKLAU,              :    Judge:   O LANE MCCOTTER
          Defendant.              :    Date:    October 9, 2014

---

PRESENT
Clerk:    coletter
Prosecutor: WADE, SAMUEL C
Defendant not present


DEFENDANT INFORMATION
Date of birth: March 2, 1960


CHARGES
1. POSSESSION OR USE OF A CONTROLLED SUBSTANCE - Class B
Misdemeanor
     Plea: Not Guilty
2. USE OR POSSESSION OF DRUG PARAPHERNALIA - Class B Misdemeanor
     Plea: Not Guilty
3. USE OR POSSESSION OF DRUG PARAPHERNALIA - Class B Misdemeanor

4. FAIL TO APPEAR ON CITATION - Class B Misdemeanor


HEARING

 Defendant filed a Affidavit and letter to the court. The State is
filing a Response to the letter. Case continued for 30 days.

PRETRIAL CONFERENCE is scheduled.
     Date: 11/13/2014
     Time: 08:30 a.m.
     Location: WASATCH COURTROOM
               1361 S HWY 40

          HEBER, UT  84032
 before Judge O LANE MCCOTTER

Date:  9 October 2014                    _____
                                         O LANE MCCOTTER
                                         Justice Court Judge


Printed: 10/09/14 09:48:50        Page 1

Case No: 141400399 Date:    Oct 09, 2014

Individuals needing special accommodations (including auxiliary communicative aids and services) should call at three days prior to the hearing.  For TTY service call Utah Relay at 800-346-4128.  The general information phone number is (435)654-2679.

Printed: 10/09/14 09:48:50    Page 2 (last)

SCOTT H. SWEAT, #6143
Wasatch County Attorney
S. CASE WADE, #14829
Deputy Wasatch County Attorney
805 West 100 South
Heber City, UT  84032
Phone: (435) 654-2909
Fax: (435) 654-2947



FILED
IN THE JUSTICE COURT
WASATCH COUNTY, UTAH
_____ Date
_____ Clerk
_____ Judge

## IN THE WASATCH COUNTY JUSTICE COURT
## IN AND FOR WASATCH COUNTY, STATE OF UTAH

|  |  |
|---|---|
| STATE OF UTAH, | RESPONSE TO DEFENDANT'S |
| Plaintiff, | PLEA BY AFFIDAVIT |
| v. | Case No. 141400399 |
| MARK L. DENCKLAU | Judge O. LANE MCCOTTER |
| Defendant. |  |

COMES NOW, S. Case Wade, Deputy Wasatch County Attorney, and asks the
Court not to accept Defendant's plea by affidavit because Defendant made false
assertions in his plea by affidavit and accompanying letter.  In his communication with
the court, Defendant misrepresented our plea negotiation to the court.  The full extent of
the State's offer to Defendant was that the State would dismiss the other counts against
him if he plead to Count 1 of the Information dated September 5, 2014.  The State made
no concessions about sentencing recommendation, nor did I say that I could or would do
anything to help him keep his driver license.  Defendant did ask me what would happen
to his license.  However, I told him that I did not know.

It would not be appropriate for the Court to accept the plea by affidavit from Defendant under these circumstances because his recent communications with the Court indicate that he may not understand the consequences of his plea.

Dated this 8th day of October, 2014.


_____/s/_____
Samuel Case Wade
Deputy County Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October, 2014, I sent via first class mail, a true and correct copy of the foregoing to:

Mark Dencklau
14163 French Prairie Road NE
Woodburn, OR 97071

WASATCH COUNTY JUSTICE COURT
WASATCH COUNTY, STATE OF UTAH

| | | |
|---|---|---|
| STATE OF UTAH, | : | NOTICE OF |
| Plaintiff, | : | PRETRIAL CONFERENCE |
| | : | |
| vs. | : | Case No: 141400399 MO |
| MARK LEROY DENCKLAU, | : | Judge:   O LANE MCCOTTER |
| Defendant. | : | Date:    October 9,2014 |

PRETRIAL CONFERENCE is scheduled.
    Date: 11/13/2014
    Time: 08:30 a.m.
    Location: WASATCH COURTROOM
              1361 S HWY 40

              HEBER, UT  84032
 before Judge O LANE MCCOTTER

Date: _____Oct 9, 2014_____        _____
                                     Justice Court Clerk

The court will provide an interpreter upon request.  If you need an
interpreter, please notify the court at (435)654-2679 five days
before the hearing.

Individuals needing special accommodations (including auxiliary
communicative aids and services) should call at three days prior to
the hearing.  For TTY service call Utah Relay at 800-346-4128.
                    CERTIFICATE OF NOTIFICATION

I certify that a copy of the attached document was sent to the
following people for case 141400399 by the method and on the date
specified.

MAIL:  MARK LEROY DENCKLAU 14163 FRENCH PRAIRIE RD NE WOODBURN, OR
97071

EMAIL:  STATE OF UTAH skelsey@co.wasatch.ut.us
Date: _____Oct 9, 2014_____        _____
                                     Justice Court Clerk

Printed: 10/09/14 09:38:01      Page 1 (last)

Case No. 141400399

IN THE JUSTICE COURT
WASATCH COUNTY, UTAH

_____ Date
_____ Clerk
_____ Judge

Wasatch County Justice Court:

I recieved the rescheduling notice for pretrial conference. I'm very sorry that an emergency operation ~~took~~ caused a postponment of the last date. I completely understand, and hope that everything went well.

I'm not trying to complain, because I know some things are more important, but we had allready bought tickets to fly to Utah and of course, because we got them as cheap as we could, they were non-refundable. I know my lack of finances is not the courts problem, but I had to borrow the money for them and still have to figure out how to repay for the first flight.

When I was arrested, I was promised, by the arresting officer, that if I needed a lawyer, and couldn't afford one, that one would be provided for me. Well I definately feel that I now need one, and I definately can't afford one. Would you please send me the paperwork to apply for a court appointed lawyer? Or whatever I have to do to get one. I really have tried to work with you and get this resolved, but now that, even my affidavit was refused I really feel that I need a lawyer. Thank You.

Mark Deneklau

"Plea by affidavit"

I Mark Dencklau,

Case no. 141400399 MO,

Plea no contest to

possesion of marijuana.

Signed: Mark Dencklau

Dated: December 24, 2014





WASATCH COUNTY JUSTICE COURT
WASATCH COUNTY, STATE OF UTAH

---

STATE OF UTAH,                    :  ARREST WARRANT
          Plaintiff,             :  Warrant No: 1896668
                                  :
vs.                               :  Case No: 141400399 MO
                                     OTN No:  41034562
MARK LEROY DENCKLAU,              :  Judge:   O LANE MCCOTTER
          Defendant.             :  Date:    January 8,2015

---

CHARGES

1. POSSESSION OR USE OF A CONTROLLED SUBSTANCE - Class B Misdemeanor

2. USE OR POSSESSION OF DRUG PARAPHERNALIA - Class B Misdemeanor

3. USE OR POSSESSION OF DRUG PARAPHERNALIA - Class B Misdemeanor

4. FAIL TO APPEAR ON CITATION - Class B Misdemeanor

To any Peace Officer in the State of Utah:
You are commanded to arrest and deliver the defendant to the Wasatch County Jail.

A juvenile may not be confined in an adult facility.

Defendant may be transported within the state.
The defendant must appear in Court before Judge O LANE MCCOTTER on the next available
court date.

Failure To Appear For Mandatory Court Appearance.

Bail is set at $2040.00, and must be posted as cash only.

This warrant may be served any time, day or night.
Issued: January 8, 2015

Law Enforcement Agency: WASATCH CO SHERIFF

Date: _8 January 2015_____      _____
                                    O LANE MCCOTTER
                                    Justice Court Judge

Case No: 141400399 Date:   Jan 08, 2015

Defendant Details:

MARK LEROY DENCKLAU
14163 FRENCH PRAIRIE RD NE

WOODBURN OR 97071

Citation No: W10289766
Date of Birth: 03-02-1960
Driver License No: xxx8803
Social Security No: xxx-xx-
Home Phone: 971-304-8198
Vehicle License:
Warrant Number: 1896668

Surety Information: STATEWIDE BAIL BONDING LLC  Phone: (801)261-3055
                    3448 S MAIN ST

                    SALT LAKE CITY, UT 84115

Printed: 01/08/15 16:53:03

WASATCH COUNTY JUSTICE COURT
WASATCH COUNTY, STATE OF UTAH

---

| | | |
|---|---|---|
| STATE OF UTAH, | : | NOTICE OF DEFENDANT'S FAILURE |
| Plaintiff, | : | TO APPEAR AND ORDER TO COMMENCE |
| | : | BOND FORFEITURE PROCEEDINGS |
| vs. | : | Case No: 141400399 MO |
| MARK LEROY DENCKLAU, | : | Judge: O LANE MCCOTTER |
| Defendant. | : | Date: January 08, 2015 |

---

NOTICE

TO THE BAIL BOND SURETY COMPANY AND THE PROSECUTING AGENCY:

This is to advise you that, pursuant to Section 77-20b-101, et.seq.
Utah Code Annotated 1953, as amended, that the above-named defendant,
after having been given notice, failed to appear for his/her regularly
scheduled court proceeding on January 8 2015.

The posting bond company is STATEWIDE BAIL BONDING LLC for the
amount of $1360.00.  The bonding company has six months from the date of
non-appearance to bring the defendant before the Court.  At the end of
that time the prosecuting attorney shall begin forfeiture in accordance
with Section 77-20b-101 et.seq. Utah Code Annotated 1953 as amended.

The prosecuting agency on this case is WASATCH COUNTY, 805 W 100 S, HEBER
CITY, UT 84032. Phone: (435) 654-2909, Fax: (435)654-2947.

Court Location - WASATCH COUNTY JUSTICE COURT, 1361 S HIGHWAY 40, HEBER
CITY, UT 84032. Phone: (435)654-2679.

Date: _January 13, 2015_   _____

Judge/Clerk

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jackie Moore_    ☑ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

Jackie Moore    1/29/15

1. Article Addressed to:

Statewide Bail Bonds LLC
3448 S Main St
SLC UT 84115

141400399

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:   ☐ No

JAN 2 9 2015    440 E. 4200 S.
               SLC, UT 84107

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7011 0470 0000 4567 9650

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Sender: Please print your name, address, and ZIP+4 in this box ●

**WASATCH COUNTY**
**JUSTICE COURT**
1361 SOUTH HWY 40, STE 100
HEBER CITY, UT 84032
RETURN SERVICE REQUESTED

WASATCH COUNTY JUSTICE COURT
WASATCH COUNTY, STATE OF UTAH

| | | |
|---|---|---|
| STATE OF UTAH, | : | MINUTES |
| Plaintiff, | : | PRETRIAL CONFERENCE |
| | : | |
| vs. | : | Case No: 141400399 MO |
| MARK LEROY DENCKLAU, | : | Judge:   O LANE MCCOTTER |
| Defendant. | : | Date:   January 8, 2015 |

**PRESENT**
Clerk:   coletter
Prosecutor: WADE, SAMUEL C
Defendant not present

**DEFENDANT INFORMATION**
Date of birth: March 2, 1960

**CHARGES**
1. POSSESSION OR USE OF A CONTROLLED SUBSTANCE - Class B Misdemeanor
      Plea: Not Guilty
2. USE OR POSSESSION OF DRUG PARAPHERNALIA - Class B Misdemeanor
      Plea: Not Guilty
3. USE OR POSSESSION OF DRUG PARAPHERNALIA - Class B Misdemeanor

4. FAIL TO APPEAR ON CITATION - Class B Misdemeanor

**HEARING**

Defendant failed to appear. State was provided a copy of the Plea by affidavit the
court recieved on 1-6-15 and asked the court if it would be accepted. Judge will not
accept the plea by affidavit, it does not have the proper notary signature and does not
address sentencing terms. Judge orders warrant issued, set cash bail at $2040.00 and
notify bonding company. Defendant will be required to appear in this court to take care
of this case. Clerk will schedule a new date for the defendant to appear.

Case No: 141400399 Date:    Jan 08, 2015

_____

PRETRIAL CONFERENCE is scheduled.
     Date: 02/24/2015
     Time: 08:30 a.m.
     Location: WASATCH COURTROOM
             1361 S HWY 40

          HEBER, UT  84032
  before Judge O LANE MCCOTTER


Date: _8 January 2015_         _____
                             O LANE MCCOTTER
                             Justice Court Judge

Individuals needing special accommodations (including auxiliary communicative aids and services) should call at three days prior to the hearing.  For TTY service call Utah Relay at 800-346-4128.  The general information phone number is (435)654-2679.


CERTIFICATE OF NOTIFICATION

Case No: 141400399 Date:     Jan 08, 2015

_____

I certify that a copy of the attached document was sent to the following people for
case 141400399 by the method and on the date specified.

MAIL:   MARK LEROY DENCKLAU 14163 FRENCH PRAIRIE RD NE WOODBURN, OR 97071

EMAIL:   STATE OF UTAH skelsey@co.wasatch.ut.us

Date: _____                 _____

                                           Justice Court Clerk

WASATCH COUNTY JUSTICE COURT
WASATCH COUNTY, STATE OF UTAH

| | | |
|---|---|---|
| STATE OF UTAH, | : | NOTICE OF |
| Plaintiff, | : | PRETRIAL CONFERENCE |
| | : | |
| vs. | : | Case No: 141400399 MO |
| MARK LEROY DENCKLAU, | : | Judge:   O LANE MCCOTTER |
| Defendant. | : | Date:    January 8, 2015 |

PRETRIAL CONFERENCE is scheduled.
    Date: 02/24/2015
    Time: 08:30 a.m.
    Location: WASATCH COURTROOM
         1361 S HWY 40

        HEBER, UT  84032
 before Judge O LANE MCCOTTER

DEFENDANT MUST BE PRESENT AT THIS HEARING.

Date: _____          _____
                                 Justice Court Clerk

The court will provide an interpreter upon request.  If you need an interpreter, please
notify the court at (435)654-2679 five days before the hearing.
Individuals needing special accommodations (including auxiliary communicative aids and
services) should call at three days prior to the hearing.  For TTY service call Utah
Relay at 800-346-4128.

                    CERTIFICATE OF NOTIFICATION
I certify that a copy of the attached document was sent to the following people for
case 141400399 by the method and on the date specified.

MAIL:  MARK LEROY DENCKLAU 14163 FRENCH PRAIRIE RD NE WOODBURN, OR 97071

EMAIL:  STATE OF UTAH skelsey@co.wasatch.ut.us

Date: _____          _____
                                 Justice Court Clerk

SCOTT H SWEAT, # 6143
Wasatch County Attorney
SAMUEL CASE WADE, #14829
Deputy Wasatch County Attorney
805 West 100 South
Heber City, Utah  84032
Phone: (435) 654-2909
Fax: (435) 654-2947

FILED
IN THE JUSTICE COURT
WASATCH COUNTY, UTAH
_____Date
_____Clerk
_____Judge

## IN THE JUSTICE COURT

## IN AND FOR WASATCH COUNTY, STATE OF UTAH

| | |
|---|---|
| STATE OF UTAH, | RESPONSE TO DEFENDANT'S REQUEST FOR DISCOVERY |
| Plaintiff, | |
| VS. | Case No 141400399 |
| **MARK L. DENCKLAU ,** | Judge: O. LANE MCCOTTER |
| Defendant. | |

COMES NOW, Plaintiff State of Utah through its deputy attorney, SAMUEL CASE WADE, and responds to Defendant's Request for Discovery. In accordance with Rule 16 of the Utah Rules of Criminal Procedure, State hereby provides to defense counsel the following information.

1.  A copy of the Amended Criminal Information

2.  A copy of the Criminal Information

3.  A copy of Response to Defedant's Plea by Affidavit

4.  A copy of Defendant's (Letter Received 10/03/2014)

5.  A copy of Plea by Affidavit

6.  A copy of Letter to Defendant

7.  A copy of Letter (1) from Defendant (Received 9/4/14)

8.      A copy of a Letter (2) from Defendant (Received 9/4/2014)

9.      A copy of Motion and Order to Continue

10.     A copy of the Warrantless Arrest Probable Cause Statement/Arrest Report

11.     A copy of the WASATCH CO SHERIFF'S OFFICE Incident Report, Case # 1407-0344

12.     A copy of Photos

13.     A copy of the Undertaking of Bail

14.     A copy of the Criminal History

15.     A copy Arrest Warrant (1/8/2015), and Notice of Failure to Appear

16.     A copy of Arrest Warrant (9/4/2015), and Notice of Failure to Appear

17.     A copy of Pretrial Notices

18.     A copy of Response to Defendant's Request to Change Pretrial

19.     A copy of Notices of Bench Trial

20.     The State's potential witness list is as follows:

Deputy Dustin Lazenby  WASATCH CO SHERIFF'S OFFICE
Deputy Rickey Keel  WASATCH CO SHERIFF'S OFFICE
Officer McDaniel  U.S. FOREST SERVICE
Officer Korey McDaniel  U.S. FOREST SERVICE

The State reserves the right to call upon any witnesses not listed on the back of the information.

The foregoing is provided in response to the prosecution's responsibilities under Utah Rule of Criminal Procedure 16(a)(1) through 16(a)(4) and may also include additional evidence that is currently in the prosecution's case file. However, despite the possible voluntary inclusion of some evidence that is not required to be disclosed under URCrP 16(a)(1) through

16(a)(4), no representation is made regarding the existence or non-existence of additional evidence that is not provided herein. Moreover, to the extent that Defendant's request for discovery seeks items that are not listed above and that are covered by Utah Rule of Criminal Procedure 16(a)(5), the State objects to the request and asks that Defendant be required to identify (1) the specific item(s) of evidence that he/she believes to exist, (2) the location where the evidence can be found, (3) the nature of the prosecution's ability and duty to obtain the evidence, and (4) the good cause that justifies the discovery request.

DATED this 11 day of February, 2015,

SAMUEL CASE WADE
Deputy Wasatch County Attorney

## CERTIFICATE OF MAILING

I hereby certify that on the 11 day of February, 2015, I

☒ mailed,
☐ hand-delivered,
☐ faxed,
☐ scanned/emailed,

a true and correct copy of above-listed documents as Discovery to:

RUSSELL S. PIETRYGA
PIETRYGA LAW
1547 BRYAN AVENUE
SALT LAKE CITY UT  84105

Shelley Kelsey
Legal Secretary

WASATCH COUNTY JUSTICE COURT
WASATCH COUNTY, STATE OF UTAH

| | | |
|---|---|---|
| STATE OF UTAH, | : | MINUTES |
| Plaintiff, | : | PRETRIAL CONFERENCE |
| | : | |
| vs. | : | Case No: 141400399 MO |
| MARK LEROY DENCKLAU, | : | Judge:   O LANE MCCOTTER |
| Defendant. | : | Date:    February 24, 2015 |

**PRESENT**
Clerk:    coletter
Prosecutor: WADE, SAMUEL C
Defendant not present

**DEFENDANT INFORMATION**
Date of birth: March 2, 1960

**CHARGES**
1. POSSESSION OR USE OF A CONTROLLED SUBSTANCE - Class B Misdemeanor
    Plea: Not Guilty
2. USE OR POSSESSION OF DRUG PARAPHERNALIA - Class B Misdemeanor
    Plea: Not Guilty
3. USE OR POSSESSION OF DRUG PARAPHERNALIA - Class B Misdemeanor

4. FAIL TO APPEAR ON CITATION - Class B Misdemeanor

**HEARING**

State informed the court that counsel filed appearance on this case on February 8,
however he was not filed with the court. State will contact counsel and have him file
appearance with the court then court will contact to set a new date.

Date: 24 February 2015

O LANE MCCOTTER
Justice Court Judge

July 8, 2015

Wasatch County Attorney Office,

Please begin Bond Forfeiture Procedures on, Mark LeRoy Dencklau, case 141400399.

Attached you will find the Arrest Warrant, Proof of Certified Mailing, Notice of Defendant's Failure to Appear and Order to Commence Bond Forfeiture Proceedings, and Bond.

Thanks,

Colette Ryan
Wasatch Justice Court Clerk

WASATCH COUNTY JUSTICE COURT
WASATCH COUNTY, STATE OF UTAH

| | | |
|---|---|---|
| STATE OF UTAH, | : | ARREST WARRANT |
| Plaintiff, | : | Warrant No: 1896668 |
| | : | |
| vs. | : | Case No: 141400399 MO |
| | | OTN No: 41034562 |
| MARK LEROY DENCKLAU, | : | Judge:   O LANE MCCOTTER |
| Defendant. | : | Date:    January 8,2015 |

CHARGES

1. POSSESSION OR USE OF A CONTROLLED SUBSTANCE - Class B Misdemeanor

2. USE OR POSSESSION OF DRUG PARAPHERNALIA - Class B Misdemeanor

3. USE OR POSSESSION OF DRUG PARAPHERNALIA - Class B Misdemeanor

4. FAIL TO APPEAR ON CITATION - Class B Misdemeanor

To any Peace Officer in the State of Utah:
You are commanded to arrest and deliver the defendant to the Wasatch County Jail.

A juvenile may not be confined in an adult facility.

Defendant may be transported within the state.
The defendant must appear in Court before Judge O LANE MCCOTTER on the next available
court date.

Failure To Appear For Mandatory Court Appearance.

Bail is set at $2040.00, and must be posted as cash only.

This warrant may be served any time, day or night.
Issued: January 8, 2015

Law Enforcement Agency: WASATCH CO SHERIFF

Date: _8 January 2015_____   _____
                                 O LANE MCCOTTER
                                 Justice Court Judge

Case No: 141400399 Date:     Jan 08, 2015

---

Defendant Details:

MARK LEROY DENCKLAU                    Citation No: W10289766
14163 FRENCH PRAIRIE RD NE             Date of Birth: 03-02-1960
                                       Driver License No: xxx8803
WOODBURN OR 97071                      Social Security No: xxx-xx-
                                       Home Phone: 971-304-8198
                                       Vehicle License:
                                       Warrant Number: 1896668

Surety Information: STATEWIDE BAIL BONDING LLC   Phone: (801)261-3055
                    3448 S MAIN ST

                    SALT LAKE CITY, UT 84115

:

WASATCH COUNTY JUSTICE COURT
WASATCH COUNTY, STATE OF UTAH

---

STATE OF UTAH,                    : NOTICE OF DEFENDANT'S FAILURE
       Plaintiff,             : TO APPEAR AND ORDER TO COMMENCE
                            : BOND FORFEITURE PROCEEDINGS
vs.                               : Case No: 141400399 MO
MARK LEROY DENCKLAU,              : Judge: O LANE MCCOTTER
       Defendant.             : Date: January 08, 2015

---

NOTICE

TO THE BAIL BOND SURETY COMPANY AND THE PROSECUTING AGENCY:

This is to advise you that, pursuant to Section 77-20b-101, et.seq. Utah Code Annotated 1953, as amended, that the above-named defendant, after having been given notice, failed to appear for his/her regularly scheduled court proceeding on January 8 2015.

The posting bond company is STATEWIDE BAIL BONDING LLC for the amount of $1360.00.  The bonding company has six months from the date of non-appearance to bring the defendant before the Court.  At the end of that time the prosecuting attorney shall begin forfeiture in accordance with Section 77-20b-101 et.seq. Utah Code Annotated 1953 as amended.

The prosecuting agency on this case is WASATCH COUNTY, 805 W 100 S, HEBER CITY, UT 84032. Phone: (435) 654-2909, Fax: (435)654-2947.

Court Location - WASATCH COUNTY JUSTICE COURT, 1361 S HIGHWAY 40, HEBER CITY, UT 84032. Phone: (435)654-2679.

Date: _January 13, 2015_          _____

                                        Judge/Clerk

IN THE _WCJP_ COURT, STATE OF UTAH

_Wasatch_ COUNTY,   DEPARTMENT

| | |
|---|---|
| **STATE OF UTAH** | UNDERTAKING OF BAIL BY QUALIFIED SURETY AND APPOINTMENT OF AGENT WITH POWER OF ATTORNEY |
| vs. _Mark LeRoy Dencklau_ | _Poss Marijuana_ _Poss Paraph_ |
| | Case No. _new_ |
| | Bond No. _75142_ |
| **Defendant** | Amount of Bond$ _1360.00_ |

Statewide Bail Bonding, LLC, by and through Tyron Webber, Manager, of the Limited Liability Company hereby appoints _Jackie Mau_ as agent of Statewide Bail Bonding, LLC for the purpose of this specific bail bond only with the full power of attorney with full power to execute this undertaking of bail in an amount no more than $ _1360.00_ by issuing this bail bond within thirty (30) days after the date this bond is dated, and notarized by Tyron Webber, managing agent of Statewide Bail Bonding, LLC. The undersigned, a surety qualified with Utah State Department of Insurance, State of Utah, with a business address of 3350 South 900 West, Salt Lake City, UT 84119, Telephone: (801) 261-3055. The surety hereby undertakes that the above-named defendant will at all times hold himself amendable to the orders and process of court, and if convicted, will appear for judgment according to the Utah Law.

DATED this _5_ day of _July_, 20_14_.

TYRON WEBBER, MANAGER
STATEWIDE BAIL BONDING, LLC

**STATE OF UTAH**
**BAIL BOND LICENSE NO.**
**97876** ▯
**STATEWIDE BAIL BONDS**

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

Statewide Bail Bnds LLC
3448 S Main St
SLC UT 84115

141400399

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jackie Moore_        □ Agent
                         □ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   Jackie Moore                   1/29/15

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:        □ No

440 E. 4200 S.
SLC, UT  84107

JAN 28 2015

3. Service Type
   ☑ Certified Mail      □ Express Mail
   □ Registered          □ Return Receipt for Merchandise
   □ Insured Mail        □ C.O.D.

4. Restricted Delivery? (Extra Fee)      □ Yes

2. Article Number
   (Transfer from service label)     7011 0470 0000 4567 9650

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**FILED**
IN THE JUSTICE COURT
WASATCH COUNTY, UTAH
_____9·1·15_____ Date
_____𝓂𝓂_____ Clerk
_____ Judge

RUSSELL S. PIETRYGA (8428)
**PIETRYGA LAW**
1547 Bryan Avenue
Salt Lake City, Utah 84105
Telephone: (801) 505-1586
Facsimilie: (888) 345-5929
Email: russ@saltlakeDUI.com
  *Attorneys for Defendant*

---

### WASATCH COUNTY JUSTICE COURT,
### WASATCH COUNTY, STATE OF UTAH

---

STATE OF UTAH,

      Plaintiff,

    v.

MARK LEROY DENCKLAU,

    Defendant.

**APPERANCE OF COUNSEL**

Case No.: 141400399
Judge BROOK SESSIONS

---

The defendant, by and through their attorney, Russell S. Pietryga, does

herewith enter an *Appearance of Counsel* and requests that any further correspondence

be properly directed to counsel for defendant at the address as stated above.

On behalf of the defendant, counsel does herewith request a pre-trial

scheduled.

DATED this 31st day of August 2015.


       ___/s/ Russell Pietryga___
       Russell S. Pietryga
       **PIETRYGA LAW**
       Attorney for Defendant

**FILED**
IN THE JUSTICE COURT
WASATCH COUNTY, UTAH
___9·1·15___ Date
___pm___ Clerk
_____Judge

RUSSELL S. PIETRYGA (8428)
**PIETRYGA LAW**
1547 Bryan Avenue
Salt Lake City, Utah 84105
Telephone: (801) 505-1586
Facsimilie: (888) 345-5929
Email: russ@saltlakeDUI.com
*Attorneys for Defendant*

## WASATCH COUNTY JUSTICE COURT,
## WASATCH COUNTY, STATE OF UTAH

STATE OF UTAH,

        Plaintiff,

    v.

MARK LEROY DENCKLAU,

        Defendant.

**JURY TRIAL DEMAND**

Case No.: 141400399
Judge BROOK SESSIONS

The defendant, by and through their attorney, Russell S. Pietryga, hereby requests

that this matter be set for a jury trial.

DATED this 31st day of August 2015.

        _/s/ Russell Pietryga_
        Russell S. Pietryga
        **PIETRYGA LAW**
        Attorney for Defendant

### CERTIFICATE OF MAILING

I certify that on this 31st day of August 2015, I did electronically file and/or fax a true

and correct copy of the foregoing ***Motion and Order to Continue*** to the following person(s):


E-FILE OR FAXED TO:
- Wasatch County Justice Court
- Wasatch County Prosecutor's Office


_____/s/ Mark Brown_____
Clerk

# FAX

**FILED**
IN THE JUSTICE COURT
WASATCH COUNTY, UTAH
_____9·1·15_____ Date
_____✗✓w_____ Clerk
_____ Judge

| Date: | 08/31/2015 |
|-------|-----------|

| Pages including cover sheet: | 4 |
|------------------------------|---|

| **To:** | |
|---------|---|
| | |
| | |
| | |
| | |
| | |
| **Phone** | |
| **Fax Number** | +1 (435) 654-5048 |

| **From:** | Russell Pietryga |
|-----------|------------------|
| | Pietryga Law Office |
| | 1547 Bryan Ave |
| | Salt Lake City |
| | UT          84105 |
| | |
| **Phone** | +1 (801) 505-1586 |
| **Fax Number** | (888) 345-5929 |

| *NOTE:* | |
|---------|---|

Dencklau Appearance of Counsel
Case# 141400399

FILED
IN THE JUSTICE COURT
WASATCH COUNTY, UTAH
_____ Date
_____ Clerk
_____ Judge

RUSSELL S. PIETRYGA (8428)
**PIETRYGA LAW**
1547 Bryan Avenue
Salt Lake City, Utah 84105
Telephone: (801) 505-1586
Facsimilie: (888) 345-5929
Email: russ@saltlakeDUI.com
*Attorneys for Defendant*

---

## WASATCH COUNTY JUSTICE COURT,
## WASATCH COUNTY, STATE OF UTAH

---

STATE OF UTAH,

         Plaintiff,

   v.

MARK LEROY DENCKLAU,

        Defendant.

**NOTICE OF WITHDRAWAL OF COUNSEL**

Case No.: 141400399
Judge BROOK SESSIONS

---

Defendant Mark Dencklau has terminated his attorney client relationship with attorney RUSSELL S. PIETRYGA. Pursuant to Rule 1.16(a)(3) of the Rules of Professional Conduct, which states that "a lawyer shall not represent a client . . . [if] the lawyer is discharged," Counsel hereby provides the court notice of its withdrawal from the case as Counsel for above named defendant.

DATED this 30th day of September 2015.

                         __/s/ Russell Pietryga__
                         Russell S. Pietryga
                         Attorney for Defendant

## CERTIFICATE OF MAILING

I certify that on this 30th day of September 2015, I did electronically file and/or fax a true and correct copy of the foregoing *Notice of withdrawal* to the following person(s):

E-FILE OR FAXED TO:
- Wasatch County Justice Court
- Wasatch County Prosecutor's Office

_____/s/ Mark Brown_____
Clerk

# FAX

| **Date:** | 09/30/2015 |
|---|---|

| **Pages including cover  sheet:** | *3* |
|---|---|

| **To:** | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Phone** | |
| **Fax Number** | +1 (435) 654-5048 |

| **From:** | Russell Pietryga |
|---|---|
| | Pietryga Law Office |
| | 1547 Bryan Ave |
| | Salt Lake City |
| | UT          84105 |
| | |
| **Phone** | +1 (801) 505-1586 |
| **Fax Number** | (888) 345-5929 |

**NOTE:**

Dencklau Case # 141400399

*RingCentral*