# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:18-cr-00319-JO-1 |
| Plaintiff, | ORDER APPOINTING CO-COUNSEL PURSUANT TO THE PROVISIONS |
| v. | OF THE CRIMINAL JUSTICE ACT, 18 U.S.C. § 3006A |
| MARK LEROY DENCKLAU, | (LEARNED CO-COUNSEL) |
| Defendant. | |

IT IS ORDERED that CJA Panel attorney Lisa J. Ludwig is appointed pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as learned co-counsel, for Mark Leroy Dencklau, effective August 29, 2018.

DATED this 30 day of August, 2018.

_____
Honorable Robert E. Jones
United States Senior District Judge

Presented by:

_____
Lisa C. Hay
Federal Public Defender