**Erik E. Eklund, OSB #075760**
**Law Office Of Erik E. Eklund**
**333 SW Taylor St., Suite 300**
**Portland, OR 97204**
**Telephone: (503) 782-4795**
**Fax: (503) 217-5510**
**Email: erikeklundlaw@gmail.com**
**Attorney For Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:18-CR-00319-JO-1 |
| **Plaintiff,** | **MOTION TO WITHDRAW MOTION FOR RELEASE** |
| vs. | |
| **MARK LEROY DENCKLAU,** | |
| **Defendant.** | |
| _____ | |

Defendant Mark Leroy Dencklau, through his attorney, Erik Eklund, respectfully moves to withdraw his previously filed Motion for Release from Custody (doc. No. 55), filed August 29, 2018.

RESPECTFULLY SUBMITTED this 22nd day of October, 2018.

*/s/Erik E. Eklund*
Erik E. Eklund
Attorney for Defendant

Page 1- MOTION TO WITHDRAW MOTION FOR RELEASE FROM CUSTODY