BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**LEAH K. BOLSTAD, OSB #052039**
Assistant United States Attorney
Leah.Bolstad@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:18-cr-00319-JO |
| v. | **MOTION TO UNSEAL SUPERSEDING INDICTMENT** |
| **MARK LEROY DENCKLAU,**<br>**EARL DEVERLE FISHER,**<br>**KENNETH EARL HAUSE,**<br>**RYAN ANTHONY NEGRINELLI, and**<br>**JOSEPH DUANE FOLKERTS,** | |
| **Defendants.** | |

The United States of America, by and through Billy J. Williams, United States Attorney for the District of Oregon, and Assistant United States Attorney Leah K. Bolstad, moves this court for an order unsealing the Superseding Indictment, Arrest Warrants, returns and all other papers in the above-captioned case as to defendants Mark Leroy Dencklau, Earl Deverle Fisher, Kenneth Earl Hause, Ryan Anthony Negrinelli, and Joseph Duane Folkerts. The United States had asked that the Superseding Indictment, Arrest Warrants, and all other papers in this matter be

filed under seal pending apprehension of the defendants.  The arrests Mark Leroy Dencklau, Earl Deverle Fisher, Kenneth Earl Hause, Ryan Anthony Negrinelli, and Joseph Duane Folkerts have occurred and release of the Superseding Indictment is necessary for arraignment and other court purposes.

Dated: January 31, 2019

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Leah K. Bolstad*
LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney