BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**LEAH K. BOLSTAD, OSB #052039**
Assistant United States Attorney
Leah.Bolstad@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:18-cr-00319-JO |
| v. | **ORDER TO UNSEAL SUPERSEDING INDICTMENT** |
| **MARK LEROY DENCKLAU, EARL DEVERLE FISHER, KENNETH EARL HAUSE, RYAN ANTHONY NEGRINELLI, and JOSEPH DUANE FOLKERTS,** | |
| **Defendants.** | |

This matter having come before the Court upon motion of Leah K. Bolstad, Assistant United States Attorney for the District of Oregon, requesting an order to unseal the Superseding Indictment, Arrest Warrants, and all other papers in this matter as to defendants Mark Leroy Dencklau, Earl Deverle Fisher, Kenneth Earl Hause, Ryan Anthony Negrinelli, and Joseph Duane Folkerts.

IT IS HEREBY ORDERED, that the Superseding Indictment, Arrest Warrants, return and all other papers in this matter be unsealed and made public as to defendants Mark Leroy Dencklau, Earl Deverle Fisher, Kenneth Earl Hause, Ryan Anthony Negrinelli, and Joseph Duane Folkerts.

Dated: January 31, 2019

_____
HONORABLE JOHN V. ACOSTA
United States Magistrate Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

*s/ Leah K. Bolstad*
LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney

**Order to Unseal Superseding Indictment**                                                                 **Page 2**