**Erik E. Eklund, OSB #075760**
**Law Office Of Erik E. Eklund**
**333 SW Taylor St., Suite 300**
**Portland, OR 97204**
**Telephone: (503) 782-4795**
**Fax: (503) 217-5510**
**Email: erikeklundlaw@gmail.com**
**Attorney For Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. 3:18-CR-00319-JO-1 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **WAIVER OF APPEARANCE** |
| vs. | ) | |
| | ) | |
| **MARK LEROY DENCKLAU,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Defendant Mark Leroy Dencklau, having been advised of his right to be present at the Status Conference scheduled for March 5, 2019, hereby waives that right.

RESPECTFULLY SUBMITTED this 26th day of February, 2019.

*/s/Erik E. Eklund*
Erik E. Eklund
Attorney for Defendant

Page 1- WAIVER OF APPEARANCE