**Erik E. Eklund, OSB #075760**
**Law Office Of Erik E. Eklund**
333 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 782-4795
Fax: (503) 217-5510
Email: erikeklundlaw@gmail.com
**Attorney For Defendant**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. 3:18-CR-00319-JO-1 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **WAIVER OF APPEARANCE** |
| vs. | ) | |
| | ) | |
| **MARK LEROY DENCKLAU,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Defendant Mark Leroy Dencklau, having been advised of his right to be present at the Status Conference scheduled for May 21, 2019, hereby waives that right.

RESPECTFULLY SUBMITTED this 14th day of May, 2019.

*/s/Erik E. Eklund*
Erik E. Eklund
Attorney for Defendant

Page 1- WAIVER OF APPEARANCE