BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**Damaré Theriot, DC Bar #1013801**
Trial Attorney
damare.theriot@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:18-cr-00319-JO |
| v. | NOTICE OF APPEARANCE |
| MARK LEROY DENCKLAU,<br>EARL DEVERLE FISHER,<br>KENNETH EARL HAUSE,<br>RYAN ANTHONY NEGRINELLI,<br>CHAD LEROY ERICKSON, and<br>JOSEPH DUANE FOLKERTS | |
| Defendants. | |

Please be advised that Damare Theriot, Trial Attorney for the Department of Justice, shall be added as co-counsel in the above referenced case. Please send notices to Ms. Theriot at damare.theriot@usdoj.gov.

Dated: July 15, 2019

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

_/s/ Damaré Theriot_____
Damaré Theriot, DC Bar #1013801
Trial Attorney