**Erik E. Eklund, OSB #075760**
**Law Office Of Erik E. Eklund**
**333 SW Taylor St., Suite 300**
**Portland, OR 97204**
**Telephone: (503) 782-4795**
**Fax: (503) 217-5510**
**Email: erikeklundlaw@gmail.com**
**Attorney For Defendant**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. 3:18-CR-00319-JO-1 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **WAIVER OF APPEARANCE** |
| vs. | ) | |
| | ) | |
| **MARK LEROY DENCKLAU,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Defendant Mark Leroy Dencklau, having been advised of his right to be present at the Status Conference scheduled for August 13, 2019, hereby waives that right.

RESPECTFULLY SUBMITTED this 8th day of August, 2019.

                                            */s/Erik E. Eklund*
                                            Erik E. Eklund
                                            Attorney for Defendant