

*UNITED STATES DISTRICT COURT*
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

Date of Reassignment:                                        December 19, 2019

Case Number:                                              3:18−cr−00319−MO

Case Title:                                    U.S.A. v. Mark Leroy Dencklau, et al.

**(A)    Case Reassignment:**  In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Michael W. Mosman to the Honorable Michael W. Mosman, United States District Judge. Information on this case may be obtained from the following:

| | |
|---|---|
| Courtroom Deputy: | Dawn Stephens 503−326−8024 |
| | Kara Scheele 503−326−8031 |
| | Email:  chambers_mosman@ord.uscourts.gov |
| Docket Information: | Telephone:  503−326−8050 |

**(B)    Place of Filing:**  Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)    Change to the Case Number:**  Effective immediately, Judge Mosman's initials (MO) will replace the previous judge's initials in this case.

**MARY L. MORAN**
**Clerk of Court**

cc:    Judge Mosman
       Counsel of Record