UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:18-CR-00319-JO-1 |
| Plaintiff, | |
| vs. | **DEFENDANT'S RESPONSE TO MOTIONS TO CONTINUE** |
| **MARK LEROY DENCKLAU,** | |
| Defendant. | |

COMES NOW the Defendant, through counsel, and offers the following Response to Motions to Continue filed by codefendants:

Mr. Dencklau takes no position as to the Motions filed by defense counsel.

RESPECTFULLY SUBMITTED this 24th day of January, 2020.

      /s/ *Erik E. Eklund*
ERIK E. EKLUND, OSB # 075760
Attorney for Mark Dencklau