Scott Leonard, OSB No. 074761
Law Office of Scott Leonard, LLC
6510 SE Foster Road, Ste D
Portland, OR 97206
Tel: 503.222.0722
Email: scott@scottleonardlaw.com
Attorney for Defendant Mark Dencklau

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>     Plaintiff,<br><br>v.<br><br>**MARK DENCKLAU, et al.,**<br><br>     Defendant. | **Case No. 3:18-cr-00319-JO-1**<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT AND ALL PARTIES: Please take notice that Scott Leonard represents Mr. Mark Dencklau as co-counsel along with Mr. Erik Eklund and Ms. Lisa Ludwig. Please send all notices, pleadings, and correspondence to Mr. Leonard, in addition to Mr. Eklund and Ms. Ludwig, to the following address:

>Scott Leonard, OSB No. 074761
>Law Office of Scott Leonard, LLC
>6510 SE Foster Road, Ste D
>Portland, OR 97206
>Tel: 503.222.0722
>Fax: 503.961.7970
>Email: scott@scottleonardlaw.com

Respectfully submitted this 4th day of February, 2020.

>/s/ Scott Leonard
>Scott Leonard, OSB No. 074761
>Counsel for Defendant

Page 1 – NOTICE OF APPEARANCE