| UNITED STATES DISTRICT COURT |
| :---: |
| DISTRICT OF OREGON |
| |
| CRIMINAL ORDER |

**Case No.:**  3:18-cr-00319-MO  **Date:** October 15, 2021

**Case Title:** USA v. Dencklau et al.

**Judge:**  Hon. Karin J. Immergut

**DOCKET ENTRY:**  Criminal Order.

After considering the arguments raised in the hearing this morning, Judge Immergut makes the following rulings:

- Evidence of Colin Cain may be admitted inasmuch as it relates to members of the Portland chapter of the Gypsy Joker Motorcycle Club. The Court is modifying its previous order, [ECF 711] at 36, to allow for photographs of Mr. Cain with swastikas removed.
- Evidence of Defendant Erickson's relationships with Robert Huggins and the Gypsy Joker Motorcycle Club may be admitted. Witnesses may testify as to Mr. Erickson's character for loyalty. However, no witness—aside from Mr. Erickson himself—may testify as to how these loyalties affected Erickson's mental state.

**Criminal Order**